# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>MICHAEL L. CORBITT, JR.,<br><br>                          Defendant. | Case No. 19-CR-75-1-JPS<br><br>**ORDER** |

On June 11, 2019, the grand jury returned a three-count superseding indictment charging Defendant with conspiracy and aiding and abetting in connection with an armed robbery, in violation of 18 U.S.C. §§ 2, 371, 2113(a). (Docket #28). On July 1, 2019, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Counts Two and Three of the superseding indictment. (Docket #41).

The parties appeared before Magistrate Judge Nancy Joseph on July 12, 2019 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #44). Defendant entered a plea of guilty as to Counts Two and Three of the superseding indictment. (Docket #45 at 1). After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id*.

Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted;

(2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #45) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 31st day of July, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge